

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2017

No. 04-17-00056-CV

**IN RE** Veronika Mae **CAPP**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
               Patricia O. Alvarez, Justice
               Irene Rios, Justice

The court has considered Relator's "First Amended Motion for Emergency Relief" filed on February 3, 2017, and the motion is DENIED as Moot.

It is so **ORDERED** on February 7, 2017.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 13-01-0013-CVA, styled *In the Interest of P.A.L. and P.D.L., Children*, pending in the 81st Judicial District Court, Atascosa County, Texas, the Honorable Donna S. Rayes presiding.